IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Theresa Fields-Johnson

Debtor

Bankruptcy No. 10-15448
Judge Jacqueline P. Cox
Chapter: 13

## NOTICE OF STATEMENT OF OUTSTANDING OBLIGATIONS

NOTICE IS HEREBY GIVEN that pursuant to the August 2, 2011 Notice of Payment of Final Mortgage Cure Amount issued to Seterus, Inc. as servicer for Federal National Mortgage Association hereby files this notice of outstanding payment obligations presently due:

Post Petition Payments due:
    July 1, 2011 through August 1, 2011 at $1,905.47 each     $3,810.94
    (Less $161.11 in Unapplied funds)
    Bankruptcy Legal Costs in the amount of $700.00
TOTAL Post Petition Obligation Due     $ 4,349.83

## CERTIFICATE OF SERVICE

TO:    Theresa M. Fields-Johnson, 15127 S. Blackstone Ave., Dolton, IL 60419
        Tom Vaughn, 200 S. Michigan Ste 1300, Chicago, IL 60604
        Robert Evan Mick, 20 S. Clark St., 28th Floor, Chicago, IL 60603
        William T. Neary, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Andrew E. Houha, an attorney, certify that I caused to be mailed copies of this notice of default to the parties listed above on August 24, 2011, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

                                        /s/ Andrew E. Houha
                                        Andrew E. Houha, IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY**
**INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**